# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2010

141265

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
 Plaintiff-Appellee,

v

MICHAEL LLOYD ALSON,
 Defendant-Appellant.

SC: 141265
COA: 297139
Iron CC: 08-008922-FH

_____/

On order of the Court, the application for leave to appeal the April 29, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010

Clerk

y1018